(129 So. 923)

## STATE v. Herbert WALLS.
### 8 Div. 226.

Supreme Court of Alabama.
June 28, 1930.

Charlie C. McCall, Atty. Gen., for the State.

Wm. C. Rayburn, of Guntersville, for respondent.

PER CURIAM.

Petition of the state of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in State v. Walls (8 Div. 57) 129 So. 926.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, BROWN, and FOSTER, JJ., concur.

---

(128 So. 911)

## STATE ex rel. W. Marvin SCOTT v. R. E. MOORE.
### 6 Div. 548.

Supreme Court of Alabama.
May 15, 1930.

PER CURIAM.

Appeal dismissed by appellant.

---

(128 So. 911)

## Robert STEPHENSON v. Kate STEPHENSON.
### 8 Div. 168.

Supreme Court of Alabama.
May 22, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

(128 So. 912)

## TUCKER MOTOR CO. v. Martha Carter THOMPSON.
### 5 Div. 16.

Supreme Court of Alabama.
May 29, 1930.

London, Yancey & Brower and Jim C. Smith, all of Birmingham, for appellant.

John A. Darden, of Goodwater, for appellee.

PER CURIAM.

Appeal dismissed by agreement of parties.

---

(128 So. 912)

## TUCKER MOTOR CO. v. James L. THOMPSON.
### 5 Div. 25.

Supreme Court of Alabama.
May 29, 1930.

London, Yancey & Brower and Jim C. Smith, all of Birmingham, for appellant.

John A. Darden, of Goodwater, for appellee.

PER CURIAM.

Appeal dismissed by agreement of parties.